

RECEIVED
DEC 18 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

Form to be used by a prisoner filing a civil rights complaint under

THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

Markevius Buie  002696552
**Full Name of Plaintiff, Prisoner Number**

3:12-cv-3120 Sec P
**Civil Action**

VS.

**Judge**

Sheriff Jay Russell et al.
**Full Name of Defendant**

**Magistrate Judge**

## COMPLAINT

I. **Previous Lawsuits**

A. Have you begun any other lawsuit while incarcerated or detained in any facility?
Yes ✓   No _____

B. If your answer to the preceding question is yes, provide the following information.

1. State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

   United States District Court, Western District, Caddo Parish

2. Name the parties to the previous lawsuit(s):

   Plaintiffs: Markevius Buie

   Defendants: Sheriff Jay Russell, Dy. Holly, Dy. Wells

3. Docket number(s): 12-cv-02140

4. Date(s) on which each lawsuit was filed: Wensday Aug 22 2012 14:31:41

5. Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

   Dismissed with Prejudice, November 1, 2012, Never Appealed, Not pending

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
Yes _____ No __✓__

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

II. A. **Name of institution and address of current place of confinement:**

Ouachita Correctional Center, 4801 Hwy 165 Bypass South, Monroe, LA

B. Is there a prison grievance procedure in this institution?
Yes __✓__ No _____

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?
Yes __✓__ No _____
If Yes, what is the Administrative Remedy Procedure number? _____

2. If you did not file an administrative grievance, explain why you have not done so.

_____

_____

3. If you filed an administrative grievance, answer the following question.
What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

Enclose these are the steps and procedures i took. I did not appeal to warden or Secretary of Louisiana, No Tort claim.

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

A. Name of Plaintiff Markevius Buie

   Address 4801 Hwy 165 Bypass South

B. Defendant, Sheriff Jay Russell, is employed as

   Sheriff at Ouachita Parish.

   Defendant, Pat Johnson, is employed as

   Warden at Ouachita Correctional Center.

   Defendant, Sgt. Greene, is employed as

   Shift Supervisor at Ouachita Correctional Center.

   Additional defendants Dy. Brown Title # 2231

   Deputy, Ouachita Correctional Center

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On 11-24-12 at currently 10:55 p.m. Dy. Brown striked offender Markevius Buie in back of head 6 times when already sacured on floor by correctional officer i was then escored to medical by Shift Supervisor Sgt. Greene and responds team and then treated by nurse L.P.N Reid upon being seen by nurse i suffered from having to have 2 glue stitures in front of head and 6 staples in back of head then transported to local E.A. Conway Hospital where i recive medical care. this incident ocurred in front of A-Dorm Control. Violation of 8th Amendment Claim. Excessive Force Claim. Suing Official Capacity. Warden Pat

4

Johnson Refuse to give relief.

V. **Relief**

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to provide me with a preliminary injunction, ~~compensar~~ compensatory damages, Nominal damages, Punitive damages.

VI. **Plaintiff's Declaration**

A. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

B. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

C. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this 14 day of December, 2012.

00269\6552
**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

*Markeuio Bui*
**Signature of Plaintiff**

January 2012
updates: pmitchell
n:\pro se prisoner forms\1983.prisoner.January2012.wpd

OUACHITA CORRECTIONAL CENTER
INMATE AFFAIRS
4801 U.S. HWY 165 BYPASS SOUTH
MONROE, LA 71202

X-RAY

United States District Court
Western District of LA
U.S. Courthouse
300 Fannin St., Suite 1167
Shreveport, LA 71101

RECEIVED
DEC 18 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____



neopost
12/17/2012
$1.50
US POSTAGE
Mailed From 71202